UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 27, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL PATRICK BOTT<br><br>Defendant. | Case No. 2:20-mj-00010-EFB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DANIEL PATRICK BOTT</u> Case No. <u>2:20-mj-00010-EFB</u> Charges <u>21 USC § 846</u> from custody for the following reasons:

    \_\_\_\_ Release on Personal Recognizance

    \_\_\_\_ Bail Posted in the Sum of $ _____

    **X** Unsecured Appearance Bond $ <u>50,000 co-signed by father, Patrick Bott</u>

    \_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_ Appearance Bond with Surety

    \_\_\_\_ Corporate Surety Bail Bond

    **X** (Other): <u>Pretrial Supervision conditions as stated on the record in open court.</u>

Issued at Sacramento, California on January 27, 2020 at 2:00 PM

By: _/s/ signature_

Magistrate Judge Kendall J. Newman