UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 27, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL PATRICK BOTT<br><br>Defendant. | Case No. 2:20-mj-00010-EFB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  DANIEL PATRICK BOTT  Case No. 2:20-mj-00010-EFB  Charges 21 USC § 846  from custody for the following reasons:

\_\_\_\_  Release on Personal Recognizance

\_\_\_\_  Bail Posted in the Sum of $ _____

**X**  Unsecured Appearance Bond $  50,000 co-signed by father, Patrick Bott

\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_  Appearance Bond with Surety

\_\_\_\_  Corporate Surety Bail Bond

**X**  (Other): Pretrial Supervision conditions as stated on the record in open court.

Issued at Sacramento, California on January 27, 2020 at 2:00 PM

By: _/s/_____

Magistrate Judge Kendall J. Newman